### 19828. TEAL v. THE STATE.

BLOODWORTH, J. The evidence authorized the verdict, which is approved by the trial judge, and the motion for a new trial, based on the general grounds only, was properly overruled.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 31, 1929.

*C. B. McGarity,* for plaintiff in error.
*S. W. Ragsdale, solicitor-general,* contra.